**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Teamsters Local Union No. 727** | : | |
| **Pension Fund, by and through its** | : | **Civil Action** |
| **Board of Trustees, John T. Coli, Jr.,** | : | |
| **Zachary Frankenbach, Michael DeGard,** | : | |
| **Nicholas Micaletti, John McCarthy,** | : | |
| **Gregory T. Youmans, Carl S. Tominberg,** | : | |
| **and Robert Sheehy,** | : | **No. 19-cv-02625** |
| **1300 W. Higgins Road, Suite 103,** | : | |
| **Park Ridge, IL 60068,** | : | |
| | : | |
| and | : | Hon. Jeffrey T. Gilbert |
| | : | |
| **Teamsters Local Union No. 727** | : | |
| **Health & Welfare Fund, by and through its** | : | |
| **Board of Trustees, John T. Coli, Jr.,** | : | |
| **Zachary Frankenbach, Michael DeGard,** | : | |
| **Nicholas Micaletti, John McCarthy,** | : | |
| **Gregory T. Youmans, Carl S. Tominberg,** | : | |
| **and Robert Sheehy,** | : | |
| **1300 W. Higgins Road, Suite 103,** | : | |
| **Park Ridge, IL 60068,** | : | |
| | : | |
| and | : | |
| | : | |
| **Teamsters Local Union No. 727** | : | |
| **Legal & Educational Assistance Fund,** | : | |
| **by and through its Board of Trustees,** | : | |
| **John T. Coli, Jr., Zachary Frankenbach,** | : | |
| **Michael DeGard, Nicholas Micaletti,** | : | |
| **John McCarthy, Gregory T. Youmans,** | : | |
| **Carl S. Tominberg, and Robert Sheehy,** | : | |
| **1300 W. Higgins Road, Suite 103,** | : | |
| **Park Ridge, IL 60068,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **Nathan Tamayo** | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

NOW COME the Plaintiffs Teamsters Local Union No. 727 Pension Fund, Teamsters Local Union No. 727 Health & Welfare Fund, Teamsters Local Union No. 727 Legal and Educational Assistance Fund and Parking Industry Labor Management Committee ("Plaintiff Funds") and move this Honorable Court to enter default judgment on behalf of the Plaintiff Funds and against Defendant Nathan Tamayo ("Defendant" or "Tamayo") on the grounds that the Defendant failed to answer or otherwise plead to the Plaintiff Funds' Complaint. (*See Dkt. No. 1)*. Defendant was served with a copy of the Complaint and exhibits on July 18, 2019 as set forth in the Affidavit of Service filed with the Court. (*See Dkt. No. 8)*. The time for Defendant to file an answer or to otherwise respond to the Complaint has expired; and, as of the date of the filing of this request to enter a default judgment, the Defendant has not filed an answer or other responsive pleading. On March 9, 2020, the Court found the Defendant to be in default, the Complaint filed herein be taken as confessed (*See Dkt. No. 31)* and granted Plaintiff Funds leave to conduct a payroll audit of Defendant and prove up damages for entry of judgment. The Plaintiff Funds submit the affidavit of Funds Manager William Coli as proof of damages owed to the Funds *(attached as Exhibit "1")* and the Declaration of Cara M. Anthaney *(attached as Exhibit "2")* regarding the attorneys' fees and costs incurred by the Plaintiff Funds in this matter.

WHEREFORE, Plaintiffs requests the following relief:

1. That a default be entered against the Defendant Nathan Tamayo and that the Complaint filed herein be taken as confessed.

2. That the Court enter judgment in favor of Plaintiffs and against Tamayo in the amount of $7,559.72 for all outstanding contributions owed to each Plaintiff Fund

including interest, liquidated damages and audit and legal fees under the Settlement Agreement for claims in the previous lawsuit named therein.

3. That the Court enter judgment in favor of the Plaintiff Funds and against Defendant Nathan Tamayo, in the amount of $17, 698.05 for attorney's fees and court costs in the amount of $712.50 as mandated by ERISA;

4. Any other relief that this Court deems just and equitable.

Respectfully submitted,

                CTM LEGAL GROUP

                  s/ Cara M. Anthaney
                CARA ANTHANEY, ESQUIRE
                77 W. Washington, Suite 2120
                Chicago, IL  60602
                Office         (312) 346-2052
                Facsimile   (312) 492-4804
                Email   cara.anthaney@ctmlegalgroup.com
                *Counsel to Plaintiff Funds*

Dated: March 10, 2021